THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT E. MANLEY, Respondent, *v.* CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.

*Attorney-general — counties — special deputy attorney-general appointed under section 62 of Executive Law to attend Supreme Court and supersede local prosecutor — authority of attorney-general to fix compensation — right of county officers to audit same.*

*People ex rel. Manley v. Craig,* 195 App. Div. 859, reversed.

(Argued April 20, 1921; decided May 31, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1921, which modified and affirmed as modified an order of Special Term granting a peremptory

writ of mandamus to compel defendant to pay relator's claim for services rendered as special deputy attorney-general under subdivision 2 of section 62 of the Executive Law. The claim was approved by the attorney-general. Defendant contended that the charge for services was subject to audit, while relator claimed that the city was required to pay any sum fixed by the attorney-general, irrespective of the value of the services rendered.

*John P. O'Brien*, Corporation Counsel (*John F. O'Brien, George P. Nicholson* and *Russell Lord Tarbox* of counsel), for appellant.

*Nathan A. Smyth* for respondent.

Orders reversed and application for mandamus denied, with costs in all courts, on authority of *People ex rel. Rand* v. *Craig* (231 N. Y. 216).

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.